IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAN CLAYTON,<br><br>    Plaintiff,<br><br> v.<br><br>FRANK BISIGNANO,[1]<br><br>    Defendant. | CIVIL ACTION<br>NO. 24-3622 |

# **ORDER**

**AND NOW**, this 31st day of July 2025, upon consideration of Plaintiff's Motion for Summary Judgment (Doc. No. 9), the Report and Recommendation filed by United States Magistrate Judge Lynne A. Sitarski (Doc. No. 14), Plaintiff's Objection to the Report and Recommendation (Doc. No. 15), Defendant's Response to the Objection (Doc. No. 16), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Plaintiff's Motion for Summary Judgment (Doc. No. 9) is **DENIED**;

2. The Report and Recommendation (Doc. No. 14) is **APPROVED AND ADOPTED**;

3. Plaintiff's Objection to the Report and Recommendation (Doc. No. 15) is **OVERRULED**;

4. Judgment is entered in favor of Defendant and against Plaintiff; and

---

[1] In accordance with Federal Rule of Civil Procedure 25(d), Frank Bisignano, Commissioner of the Social Security Administration, is substituted as Defendant for Leland Dudek, the former Acting Commissioner.

5.  The Clerk of Court shall close this case for statistical purposes.

                                      BY THE COURT:

                                      /s/ Joel H. Slomsky
                                      JOEL H. SLOMSKY, J.